MARGARET FERGUSON, Appellant, v. MARY R. STRINGER, Respondent.— There is no proof of the existence of a partnership. There is evidence, however, which tends to indicate that plaintiff deposited her money in a joint account with the defendant, and that defendant converted it. The judgment is unanimously affirmed, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CHARLES MARTIN FINK, Appellant, v. ROBERT W. WHITE and Another, Respondents.— Order modified by adding to the second, third and fourth items the words: " If the exact time cannot be stated, then the approximate time," and by striking out from the order items 5, 6 and 7; and as so modified affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

LOTTIE FRIED, Respondent, v. BENJAMIN FRIED, Appellant.— Order granting plaintiff's motion for alimony *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

In the Matter of the Application of FRANK ALEXE, Respondent, for a Mandamus Order against JOHN ISBISTER, as Building Inspector of the Village of Larchmont, Appellant.— Peremptory mandamus order unanimously affirmed, without costs. In this case the issues raised by the answering affidavits were in fact tried by the Special Term, and the justice, after hearing the evidence, decided in favor of the petitioner and granted the mandamus order. We think that the evidence justified his conclusion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Petition of EMILIE LOUISE CRONEN to Prove the Last Will and Testament of CATHARINE MATILDA LALLY, Deceased.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Application of JAMES ISBISTER, Respondent, for a Mandamus Order against JOHN ISBISTER, as Inspector of Buildings of the Village of Larchmont, Appellant.— Peremptory order of mandamus reversed on the law, without costs, and alternative mandamus order directed, on authority of *Matter of Merritt* v. *Isbister (post,* p. 838), decided herewith. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur. Settle order on notice.

In the Matter of the Application of HAZEL WOODS MERRITT, Respondent, for a Mandamus Order against JOHN ISBISTER, as Inspector of Buildings of the Village of Larchmont, Appellant.— Peremptory order of mandamus reversed on the law, without costs, and alternative mandamus order directed. We are of opinion that the relator has failed to show as matter of law that the provisions of the Zoning Law* prohibiting the use of this property for other than residential purposes are arbitrary and unreasonable. The parties are not in accord as to the true situation, and we, therefore, conclude that an alternative order should issue. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur. Settle order on notice.

JAMES D. MCCLELLAND, JR., and Others, Appellants, v. E. MILDRED RUSSELL and Others, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

* See Larchmont Village Zoning Ordinance, Nov. 28, 1921, § 3, subd. 12.— [REP.